UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
BILLY WILLIAM SANINOCENCIO,                                          :
:
                            Plaintiff,                                          :
:     20-CV-10235 (JMF) (SN)
           -v-                                                       :
:     ORDER
COMMISSIONER OF SOCIAL SECURITY,                                     :
:
                            Defendant.                                         :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's Order dated December 10, 2020, the parties were required to confer regarding whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all proceedings before the assigned Magistrate Judge.  *See* ECF No. 11.  If both parties consent, they were required to email to Furman_NYSDChambers@nysd.uscourts.gov a fully executed Notice, Consent, and Reference of Civil Action to a Magistrate Judge Form within two weeks of the date on which Defendant entered an appearance.  If either party does not consent, they were to file, by the same date, a joint letter advising the Court that the parties do not consent.  Defendant entered an appearance on February 5, 2021.  *See* ECF No. 14.  To date, the parties have not satisfied their obligations.  As a courtesy, the parties' deadline is hereby EXTENDED, *nunc pro tunc*, to **March 2, 2021**.

       SO ORDERED.

Dated: February 23, 2021
       New York, New York
                                            JESSE M. FURMAN
                                            United States District Judge